# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAIMON DEVI HOYT,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

DAIMON DEVI HOYT,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 70556

**FILED**

AUG 10 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

No. 70557

## ORDER DISMISSING APPEAL AND DENYING MOTION TO CONSOLIDATE

Docket No. 70556 is an appeal from a judgment of conviction. Docket No. 70557 is an appeal from a district court order denying a presentence motion to withdraw plea/reset sentencing. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Appellant has filed a motion to consolidate these appeals. The State opposes the motion and requests that the appeal in Docket No. 70557 be dismissed for lack of jurisdiction. *See* NRAP 27(a)(3)(B). Appellant does not oppose the request to dismiss the appeal. No statute or court rule allows an appeal from an order denying a presentence motion to withdraw a guilty plea and reset sentencing. *See Castillo v. State,* 106 Nev. 349, 792 P.2d 1133 (1990) (the right to appeal is statutory; where no statute or court rule provides for an appeal; no right to appeal exists); *State v. Lewis,* 124 Nev. 132, 136, 178 P.3d 146, 148 (2008) (an order

SUPREME COURT
OF
NEVADA

(O) 1947A

16-24730

denying a presentence motion to withdraw a guilty plea is not generally appealable). Accordingly, we grant the motion and dismiss the appeal in Docket No. 70557. Appellant may challenge any interlocutory orders in the appeal from the final judgment. NRS 177.045. Given the dismissal of Docket No. 70557, the motion to consolidate these appeals is denied.

It is so ORDERED.

_____ Cherry _____, J.
Cherry

_____ Douglas _____, J.
Douglas

_____ Gibbons _____, J.
Gibbons

cc:    Hon. Kathleen E. Delaney, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk